# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YLLI DIDANI,

    Defendant.

Case No. 21-20264

Hon. Denise Page Hood

---

## ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Wade G. Fink of Wade Fink Law, P.C., hereby appears on behalf of Defendant YLLI DIDANI, as co-counsel to lead trial counsel Brian Kaplan.

Date: November 23, 2021

Respectfully Submitted,

WADE FINK LAW P.C.

/s/ Wade G. Fink
Wade G. Fink (P78751)
*Attorneys for Defendant*
550 W. Merrill St., Suite 100
Birmingham, MI 48009
248-712-1054
wade@wadefinklaw.com