UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

                           **HONORABLE DENISE PAGE HOOD**

    v.

                           **No. 21-20264**

**YLLI DIDANI,**

        Defendant.
_____/


**STATUS CONFERENCE**
**Thursday, May 9, 2024**


Appearances:

Mark Bilkovic/Timothy McDonald  Wade Fink
U.S. Attorney's Office         Wade Fink Law, P.C.
211 W. Fort Street, #2300     550 W. Merrill Street, #100
Detroit, Michigan  48226      Birmingham, MI  48009
313.226.9100                  248.712.1054
mark.bilkovic@usdoj.gov       wade@wadefinklaw.com
  On behalf of Plaintiff       On behalf of Defendant

- - -

*To obtain a certified transcript, contact:*
*Timothy M. Floury, CSR-5780,*
*Official Court Reporter*
*Theodore Levin United States Courthouse*
*231 West Lafayette Boulevard*
*Detroit, Michigan  48226*
*(313)234-2607 · floury@transcriptorders.com*

*Transcript produced using machine shorthand and CAT software.*

*Status Conference*
*Thursday, May 9, 2024*

**I  N  D  E  X**

Motion Hearing                                          Page

Status Conference ................................4

Certification of Reporter .......................19

- - -

**E  X  H  I  B  I  T  S**

| Number | Description | Id'd Rcvd Vol. |
|--------|-------------|----------------|

***None Marked, Offered or Received***

- - -

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday, May 9, 2024*

*Page 3*

**1**      Detroit, Michigan

**2**      Thursday, May 9, 2024

**3**      9:23 a.m.

**4**      -    -    -

**5**          **THE CLERK:**  All rise.

**6**          The United States District Court for the Eastern

**7**  District of Michigan is now in session.  The Honorable

**8**  Denise Page Hood presiding.

**9**          Calling Case No. 21-20264, United States of America

**10**  versus Ylli Didani.

**11**          Appearances, please.

**12**          **MR. BILKOVIC:**  Good afternoon, your Honor.  Mark

**13**  Bilkovic and Timothy McDonald on behalf of the United States.

**14**          **MR. McDONALD:**  Morning.

**15**          **THE COURT:**  Good morning.

**16**          **MR. FINK:**  Good morning, your Honor.  Wade Fink on

**17**  behalf of Ylli Didani, who is present in court and standing to

**18**  my right.

**19**          **THE COURT:**  Okay.  Good morning to both of you.

**20**          **THE DEFENDANT:**  Good morning, your Honor.

**21**          **THE COURT:**  You may all be seated.

**22**          Okay.  I guess I thank the marshals for getting

**23**  Mr. Didani here early because I know that he wanted to be able

**24**  to get back to his facility and I think this will accommodate

**25**  that, right?

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 4*

**1**        **THE MARSHAL:**  Yes, your Honor.

**2**        **THE COURT:**  All right.  Thank you.

**3**        I think we're here to set some new dates, right --

**4**        **MR. FINK:**  Yes, your Honor.

**5**        **THE COURT:**  -- for trial, or at least going forward

**6** to trial.

**7**        **MR. FINK:**  Yes, your Honor.  There's a couple issues

**8** that need to be addressed.  My client's intention is to proceed

**9** to a trial in this matter, and as we discussed at the prior

**10** hearing, there are some other motions that I think have some

**11** legal merit that Mr. Didani is -- would rather proceed to trial

**12** under his Speedy Trial rights of what's left of the Speedy

**13** Trial clock.

**14**        However, there are issues of representation and

**15** issues of co-counsel, who is not present today.  My concern is

**16** Mr. Didani and I have a unique relationship, and while I care

**17** very much and have worked very hard on the case, Mr. Didani is

**18** unclear as to whether he'd like me to continue as his lawyer or

**19** not.  I think the same is true of Mr. Kaplan in New York.

**20**        My suggestion to the Court is to have all parties be

**21** present, Mr. Didani, to reflect on what he wishes for his

**22** representation in terms of whether he would like to proceed

**23** with his current counsel, whether his current counsel in

**24** New York is intending to proceed, and if not, for what reasons.

**25** So I'm asking the Court, I think, to set a very short period of

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 5*

1   time, if possible and accommodated by the schedule, to allow

2   all parties to be present, including New York counsel, who I've

3   expressed to you in the past was supposed to be trial counsel

4   in this matter.  You know, my representation was supposed to be

5   for motion work, which now appears to be completed.  So that's

6   what I would ask, Judge, is that we all be present to

7   meaningfully pick a date or choose his representation.

8                   **THE COURT:**  What's the Government's position on that?

9                   **MR. BILKOVIC:**  Would your Honor like me to stand or

10  sit?

11                  **THE COURT:**  You can sit; it doesn't matter.

12                  **MR. BILKOVIC:**  Okay.

13                  Your Honor, I think that's a prudent course of

14  action, because the position that we have is, we have

15  approximately 60 trial witnesses.  We have at least 10 that are

16  located outside of the United States in Europe and

17  South America, so it's important for us to get a firm trial

18  date, and I don't know that we can do that without having all

19  parties present.

20                  I did reach out to Mr. Kaplan earlier this week

21  discussing the trial date.  I did not hear back from him, so I

22  think it is a prudent course of action to adjourn this matter

23  for a short period of time and have all counsel present to

24  discuss a future trial date.

25                  **THE COURT:**  Okay.  And how long do you think the

*21-20264; U.S.A. v. Ylli Didani*

1   trial is going to take with 60 witnesses?

2          **MR. BILKOVIC:**  I would anticipate approximately six

3   weeks.  The only caveat that I would put on that is it's --

4   we've been advised that the defense will not be stipulating to

5   anything.  There are a lot of business records, so there might

6   be some extra dates in there just authenticating things, but I

7   would estimate approximately six weeks.

8          **THE DEFENDANT:**  Your Honor, I'd like to speak.

9          **THE COURT:**  I am going to let you speak, but first I

10  want to ask you a question.

11         Mr. Didani, do you expect -- have you been expecting

12  that Mr. Kaplan will be the trial counsel?

13         **THE DEFENDANT:**  My family had hired Barry Goldberg

14  and Brian Kaplan, you know, from the beginning.  It's been

15  almost three and a half years now, your Honor.  And then

16  Mr. Fink, he came out after Camilla Barkovic, who was removed

17  from the case, and Mr. Fink is now.  So it's been over three

18  and a half years, you know.  I'm sure you know a lot of the

19  stuff they had requested, and Barry Goldberg and Brian Kaplan

20  was --

21         **THE COURT:**  Okay.  Well, Mr. Goldberg has never filed

22  an appearance with the court.  Mr. Kaplan has an appearance, so

23  are you expecting that he will appear eventually?

24         **THE DEFENDANT:**  I'm excepting him to appear.  My

25  family has paid for Mr. Goldberg and Mr. Brian.

1       **THE COURT:**  Have you had contact with him yourself?

2 Don't tell me the substance of it, but have you had any --

3       **THE DEFENDANT:**  No, your Honor.  The last time we had

4 the hearing on April 23, basically -- April 24 when we have the

5 hearing, and before that it was a year after that.  They tell

6 my family they working on a -- so, you know, they waiting.

7       **THE COURT:**  Okay.  So why don't I do this:  I'm going

8 to -- well, what would you like to say and then I'll tell you

9 what I'm thinking of doing.

10       **THE DEFENDANT:**  I wanted to bring some issues, you

11 know, varying issues, like, I've been bothered by these

12 proceedings, you know, and I'm sure -- your Honor, you know,

13 please, give me the time and hear me, you know, please.

14       **THE COURT:**  I am waiting.

15       **THE DEFENDANT:**  I was brought from North Carolina

16 in -- I went to North Carolina March 31, 2021, your Honor, you

17 know, and from there I was brought to Detroit.  Only was one

18 complaint, and three counts of 841, 841, 846, Count 2 was

19 Title 46, 7053, and Count 3 was -- it was money laundering.  I

20 have -- this is only the complaint, your Honor.  I have a -- I

21 was -- on April 21, the Grand Jury came back with only Count 1,

22 which was 841, 846 with a one-page indictment.  Not sure why

23 they -- they probably take a piece of evidence to reach Count 2

24 and Count 3.

25       So in Count 1, 841, 846, my attorney at that time,

*Status Conference*
*Thursday/May 9, 2024*

*Page 8*

1  Camilla Barkovic, filed a bill of particular because of the --

2  in the indictment, it's only alleged that there was $450,000

3  connected to a mystery conspiracy, so she filed a bill of

4  particulars motion.  What -- we had a hearing, your Honor,

5  May 7th, 2021, and we had a hearing in June -- July 21.  I have

6  a bill of particulars answered 11 months later, your Honor.

7  And the basis of the bill of particulars was a superseding

8  indictment that I knew what I was facing on the -- based on the

9  superseding indictment.  But bill of particular, your Honor,

10  with all due respect, was to the first indictment.

11          As we go, we had a hearing.  The Government ask --

12  asked your Honor for one year the Speedy Trial, based on two

13  things:  Asking consent for -- from Portugal and Sky SEC

14  (phonetic), and all those stuff are done six months after my

15  indictment and my arrest.  Taken to Portugal -- Portugal never

16  consented to the United States about the prosecution, and the

17  Sky SEC, your Honor, the Government knew way before my arrest

18  and my indictment that -- that the Sky SEC evidence existed in

19  Belgium and in France, but for some reason the Government

20  waited until August to file for those evidence using

21  application 3292, a backdoor under --

22          **THE COURT:**  Let me interrupt you for a minute, okay?

23          **THE DEFENDANT:**  Yes, your Honor.

24          **THE COURT:**  I know that you want to go through the

25  status of your case, but I'm trying to move your case forward.

*21-20264; U.S.A. v. Ylli Didani*

1  Okay?

2  **THE DEFENDANT:**  Yes, your Honor.

3  **THE COURT:**  We're not going to get to move your case

4  forward just by going back and reciting what's occurred up

5  until this point.  Okay?  And I'm not sure if you're reciting

6  what has occurred to make a request of the Court or not, but it

7  seems to me that I need to have your main attorney of record,

8  Mr. Kaplan, present so I can know whether or not he's going to

9  do anything.  Okay?  And apparently nobody's heard from him.

10  You haven't heard from him.

11  **MR. FINK:**  No, I've spoken to him, Judge, but it's

12  been unclear about what his position is in terms of being trial

13  counsel, whether Mr. Goldberg intends to enter the case, and I

14  think that the Court and I will benefit from the clarity of

15  having him here.  But I've spoken to him; he's not missing.

16  **THE COURT:**  Have you spoken to him since the last

17  time you were here?

18  **MR. FINK:**  Yes, your Honor.  Yes.  And I indicated --

19  **THE COURT:**  And did he have any intention of coming

20  and setting a trial date?

21  **MR. FINK:**  I indicated to him that it would be

22  beneficial for him to be here and he's not, so --

23  **THE COURT:**  Mr. Didani, I'm kind of prepared to order

24  him come to court.  Do you have a problem with that?

25  **THE DEFENDANT:**  No, I don't have a problem, your

*Status Conference*
*Thursday/May 9, 2024*

*Page 10*

1    Honor.  I just want to go ahead with -- it's been three and a

2    half years right now.  You know, my mom has cancer.  My dad has

3    cancer.  My family is dying everywhere.  The Government taking

4    their time, you know.  They can ask for the consent whenever

5    they want to.  You know, I'm -- being three and a half years, I

6    want to go ahead, go ahead with this process.

7              **THE COURT:**  Okay.

8              **THE DEFENDANT:**  And so my family, they will know my

9    fate, you know.  And, your Honor, day after our hearing, the

10   motion in April 17, one day, April 18, it's ironically, on the

11   night in use, your Honor, every -- even Greskovic, The Wall

12   Street Journal, was -- he's in Russia right now -- was charged

13   with (indiscernible).  It's been -- they had a bond hearing for

14   -- a bond hearing, and, ironically, Antony Blinken then comes

15   on TV and say how slow the process is for one year processing

16   everything, but I'm here three and a half years, your Honor.  I

17   want to move forward this process.

18              Also, your Honor, I want to bring to your attention

19   something that occurred on April 24 when we have a hearing, as

20   far as my attorney and the Government, without my consent,

21   stipulated to a factual finding on MDLEA.  There's a problem

22   with that, your Honor.  You cannot stipulate to a factual

23   finding.  I can back up the cases --

24             **THE COURT:**  Okay.  Mr. Didani, that's something that

25   needs to be presented in court other than --

*Status Conference*
*Thursday/May 9, 2024*

*Page 11*

1      **THE DEFENDANT:**  I will present it.  You know, I like

2  to present it because my attorney -- those are my MDLEA issues.

3  There's a jurisdiction issue, and he cannot -- it's the court,

4  11th Circuit, I can back it up with the courts.  You cannot

5  stipulate --

6      **THE COURT:**  I know, and all I'm saying is that you

7  can't do that orally this morning, okay?

8      **THE DEFENDANT:**  I will -- your Honor, I will send it

9  to you, but I --

10      **MR. FINK:**  It's important, though, that Mr. Didani

11  understands, your Honor, that in filing an additional motion or

12  asking you to review something is not in the best interest of

13  having a speedy trial, so that is the struggle that we're

14  having.

15      **THE DEFENDANT:**  This is a struggle that will be

16  sitting three and a half years, your Honor.  You know, my

17  attorney say, if we file a motion, we're going to hold you

18  another two years.  It's sad.  It's sad situation, your Honor.

19      **MR. FINK:**  Never said two years.

20      **THE DEFENDANT:**  My whole family is dying.  Mother has

21  cancer.  My daddy has cancer.  My everybody -- we're just

22  sitting over here.  Give them the peace so they can find out my

23  fate.

24      **THE COURT:**  Okay.

25      **THE DEFENDANT:**  And the Government play too many

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 12*

1  games over here.  They said be ready, be ready.

2         **THE COURT:**  Mr. Didani, nobody gets to raise their

3  voice, unless I --

4         **THE DEFENDANT:**  I'm sorry, your Honor.

5         **THE COURT:**  -- unless I raise mine first.

6         **THE DEFENDANT:**  I apologize.

7         **THE COURT:**  So don't raise your voice, please.

8         **THE DEFENDANT:**  I won't.  And the Government, your

9  Honor, you know, they be lying to you.  I won't affect another

10  thing.  They say, you know, in your opinion, your Honor, you

11  had the money coming, it was coming back from to the

12  United States.  That's not true.  That's Canada, but your

13  Government never clear up to that.  It says North -- North --

14  North -- it's North America.  Your Government -- it was not

15  exclusive.  All the armored vehicles, they're in Canada

16  company, and the payment, it was laid down by Dubai Bank to

17  Canada.

18         **THE COURT:**  Well, that is a challenge to my opinion

19  that you have --

20         **THE DEFENDANT:**  An opinion about --

21         **THE COURT:**  That you can't -- you can't make it

22  orally.

23         **THE DEFENDANT:**  But, yes, your Honor.  The thing is,

24  you did the opinion based on what they said, and they lied to

25  you, your Honor.  They lied to you.  North America --

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 13*

1          **THE COURT:**  That's why --

2          **THE DEFENDANT:**  North America -- North America is

3    Canada, is United States, even Mexico at this point, you know.

4          **MR. FINK:**  Also -- hold on, Mr. Didani.

5          Also probably worth noting, Mr. Didani, that any

6    statements you're making can also be used about the countries

7    and money and those things, so just be cautious about what you

8    say.

9          **THE COURT:**  Mr. Didani.

10         **THE DEFENDANT:**  I want to make it clear that --

11         **THE COURT:**  Mr. Didani.

12         **THE DEFENDANT:**  Yes.

13         **THE COURT:**  I cannot hear those arguments this

14   morning.  Okay?  And I'm going to require Mr. Kaplan to come.

15         **THE DEFENDANT:**  Yes, your Honor.

16         **THE COURT:**  You can make all your complaints to him

17   and then he can say, Judge, I think all these things went wrong

18   and some way of curing it, or he can set a trial date.

19         **THE DEFENDANT:**  Your Honor, hear me out, please.

20         **THE COURT:**  I can't hear your challenge to opinions

21   that I've made this morning.  Okay?  We came this morning to

22   set a trial date.

23         **THE DEFENDANT:**  Well, let's go with trial date, then,

24   your Honor.

25         **THE COURT:**  Okay.

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 14*

1    **THE DEFENDANT:**  I want as soon as possible trail

2    date.

3    **THE COURT:**  Okay.

4    **THE DEFENDANT:**  I want to give peace to my family,

5    and the Government has no reason to --

6    **THE COURT:**  Mr. Didani, I heard that.  I hear what

7    you say, so when you say that you want to give peace to your

8    family, this is about the fourth time you said it.  I've heard

9    it.  Okay?

10   **THE DEFENDANT:**  Thank you.  I appreciate it, your

11   Honor.

12   **THE COURT:**  But I need to get your attorney of record

13   to come here, so I am going to order your attorney of record to

14   come and we'll set a trial date on that date if necessary.

15   Okay?

16   **THE DEFENDANT:**  I appreciate it, your Honor.

17   **THE COURT:**  Okay.  And you can have an opportunity to

18   speak with him and determine whether or not he wants to make

19   any challenges to anything that's been done, although your

20   current attorney has brought some very good motions and some of

21   them he hasn't prevailed on, that's why the Court of appeals

22   exists.

23   And I will be the first one to admit that judges are

24   not infallible.  Sometimes they make mistakes and the Court of

25   Appeals might decide that I decided something in error.  The

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 15*

1   other side is they may not.  But you should know that if you

2   challenge it in this court, it stops the clock.  Every time

3   some kind of motion is brought, it stops the Speedy Trial

4   clock.

5          The other thing that you should know is exactly what

6   your attorney said, whatever you're saying on the record now,

7   the Government has the right to use that later.

8          **THE DEFENDANT:**  Of course.

9          **THE COURT:**  Okay?

10         **THE DEFENDANT:**  I understand the right of Government,

11  your Honor.

12         **THE COURT:**  Okay.  But I --

13         **THE DEFENDANT:**  I have started more than a thousand

14  cases of MDLEA.  I don't think the government is even ready to

15  fight the argument against me against MDLEA.

16         **THE COURT:**  That might be right.

17         Well, Mr. Didani, how can they argue against you if

18  they don't even know the cases you're going to cite, that's why

19  it can't be oral.  Okay?

20         **THE DEFENDANT:**  But, see, your Honor --

21         **THE COURT:**  So, Mr. Didani, I'm cutting you off.

22  Okay?  I'm just going to be clear.  I'm cutting you off so we

23  can move forward.

24         **THE DEFENDANT:**  I appreciate that.

25         **THE COURT:**  And that said, I'm going to order Mr. --

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 16*

1    I guess I'll have to order Mr. Kaplan to appear.

2              Mr. Fink, you should tell him I'm going to order him

3    to appear.

4              **MR. FINK:**  I will.  And I will try to facilitate the

5    night before so that we can meet in Milan.  I'll do the best I

6    can to facilitate that, Judge.

7              **THE COURT:**  And I'm going to -- can we set it for

8    morning so that we can get Mr. Didani back to where he wants to

9    go?

10             **THE DEFENDANT:**  Maybe you can help me out.

11             **THE COURT:**  With Milan?

12             **THE DEFENDANT:**  You know --

13             **THE COURT:**  You want to be there?

14             **THE DEFENDANT:**  I'll be suffering from, I guess, from

15   something for eight months, your Honor, and, you know, Milan,

16   they say we don't have the manpower to take you to the doctor,

17   because every time, your case being so high -- it's been seven,

18   eight months I been suffering with something.  If they can't

19   take me out, please, can you allow then to bring a doctor

20   inside so maybe I can -- look at how I look, your Honor.

21             **THE COURT:**  Okay.

22             **THE DEFENDANT:**  Eight months.

23             **THE COURT:**  All right.  Here's what -- you know, I

24   can't tell --

25             **THE DEFENDANT:**  I'm lost.

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 17*

1    **THE COURT:**  So have you seen a medical professional?

2    **THE DEFENDANT:**  No, your Honor.  Only they got -- in

3    Milan, only they got is a nurse practitioner.

4    **THE COURT:**  Okay.  But the nurse practitioner can

5    make a referral that you see the doctor.  Okay?  So ask the

6    nurse practitioner that.  And I'm going to direct the marshals

7    to indicate that he needs to see a health professional.  Okay?

8    **THE MARSHAL:**  Yes, your Honor.

9    **THE COURT:**  All right.  And you'll do that today?

10   **THE MARSHAL:**  Yes, your Honor.

11   **THE COURT:**  Okay.  So I'm going to order Mr. Kaplan

12   to appear and it's going to be May 22nd at 9:00.  That will

13   give us enough time to get you back there.  It will also be

14   enough time so that you can see a health care professional

15   during that time.

16   And will the marshals tell the authorities that -- at

17   Milan that I want him to see a health professional before he

18   comes back to court?

19   **THE MARSHAL:**  Sure.

20   **THE COURT:**  Okay.  All right.  And it'll be at 9:00,

21   gentlemen.  Okay?

22   **THE DEFENDANT:**  And I apologize for my -- if I

23   disrespected to your court.

24   **THE COURT:**  I just don't like people to start yelling

25   at me when they really --

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 18*

1       **THE DEFENDANT:**  Your Honor --

2       **THE COURT:**  -- want to yell at somebody else.

3       **THE REPORTER:**  One at a time, please.

4       **THE DEFENDANT:**  -- please.  Your honor, please.

5       **THE COURT:**  Well, the one at a time will be me,

6   Mr. Didani, just so that you know.  I'm not meaning any

7   disrespect, but I don't really think you want to yell at me; I

8   really think you want to yell at everybody else.

9       **THE DEFENDANT:**  I know.

10      **THE COURT:**  So don't make me --

11      **THE DEFENDANT:**  Your Honor --

12      **THE COURT:**  So don't make me the victim.  Okay?

13      **THE DEFENDANT:**  Your Honor, you know, I -- you know,

14  I look at your work, I look at your opinions for so many years.

15  I know you've been assigned in '97 and you become a judge now,

16  your Honor, but, as I said, the two gentlemens [sic] over here,

17  they brought an MDLEA case, your Honor.  None of the two

18  gentleman have an idea what's an MDLEA, your Honor.

19      **THE COURT:**  All right.  Now --

20      **THE DEFENDANT:**  I just want to make it clear, these

21  guys cannot even argue the MDLEA.  They don't even -- They know

22  why.

23      **THE COURT:**  Okay.

24      **THE DEFENDANT:**  I just want to put that in the

25  record.

*21-20264; U.S.A. v. Ylli Didani*

*Status Conference*
*Thursday/May 9, 2024*

*Page 19*

1    THE COURT:  All right.  And I want you to discuss the

2    cases that you have with Mr. Kaplan when you meet with him.

3    Okay?

4    THE DEFENDANT:  Yes, your Honor.

5    THE COURT:  All right.

6    THE DEFENDANT:  I appreciate, your Honor.

7    THE COURT:  May 22nd at 9:00.  All right?

8    MR. BILKOVIC:  Thank you, your Honor.

9    THE COURT:  And be prepared to set a trial date.

10   Okay?

11   MR. BILKOVIC:  Yes, your Honor.

12       (At 9:44 a.m., proceedings adjourned.)

13                        -   -   -

14              C E R T I F I C A T I O N

15       I certify that the foregoing is a correct

16   transcription of the record of proceedings in the

17   above-entitled matter.

18

19   s/ Timothy M. Floury, CSR-5780          7/17/2024
     Timothy M. Floury, CSR-5780             Date
20   Official Court Reporter

21                        -   -   -

22

23

24

25

*21-20264; U.S.A. v. Ylli Didani*